UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE DANIEL CASTILLO-ANTONIO,

Plaintiff,

v.

MARTIN P. TUTTLE, et al.,

Defendants.

Case No. 16-cv-00284-RS

**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Jose Daniel Castillo-Antonio seeks to amend his complaint to add as a defendant Milestone Financial, LLC. He also intends to add allegations regarding the specifications of certain barriers discovered at the joint site inspection on April 14, 2016. Given the case is still in its early stages, and the defendants did not file an opposition, the motion will be granted.[1]

The amendment of pleadings is governed by Rule 15 of the Federal Rules of Civil Procedure. Under that rule, when a party seeks leave to amend a pleading, "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Denial of a motion for leave to amend a pleading is proper only when "there is strong evidence of undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, or futility of amendment, etc." *Sonoma Cnty. Ass'n of Retired Emps. v. Sonoma Cnty.*, 708 F.3d 1109, 1117 (9th Cir. 2013) (internal quotation marks and alterations omitted). Here, the matter is still at a relatively early phase, there is no evidence of bad faith on the part of

---

[1] Pursuant to Civil Local Rule 7-1(b), the motion set for August 11, 2016, is suitable for disposition without oral argument, and the hearing will be vacated.

the movant, and Castillo-Antonio sought leave reasonably promptly following the joint site inspection. The motion for leave to amend the complaint accordingly is granted. Plaintiff shall file a First Amended Complaint no later than twenty-one (21) days from the date of this order.

**IT IS SO ORDERED**.

Dated: July 25, 2016

_____
RICHARD SEEBORG
United States District Judge