1  RICHARD MAC BRIDE, SB# 199695
2  LAW OFFICES OF RICHARD A. MAC BRIDE
   865 Marina Bay Parkway, Suite 43
3  RICHMOND, CA 94804
   Phone 415-730-6289
4  Fax 510-439-2786
5  Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,                   )   Case Number C16-0284 RS
                                                )
            Plaintiff,                          )
                                                )   ORDER
Vs.                                             )   STIPULATION TO SET ASIDE DEFAULT
                                                )
Martin P. Tuttle, et al.,                       )
                                                )
            Defendants.                         )
                                                )

Come now plaintiff Jose Daniel Castillo-Antonio, through his counsel of record Richard Mac Bride, and defendant Milestone Financial, LLC, through its counsel, not yet of record, David Goldman of Wendel Rosen, Black, and Dean LLP, to stipulate as follows:

WHEREAS, the default of defendant Milestone Financial LLC was entered on November 7, 2016; and

WHEREAS, plaintiff and defendants have entered into a conditional settlement agreement, and

WHEREAS, as part of that conditional settlement agreement, plaintiff has agreed to consent to set aside the default of defendant Milestone Financial, LLC; and

WHEREAS, the parties believe that the conditional settlement agreement will be carried out in such manner that plaintiff will be in a position to dismiss the case on or before January 12, 2017;

NOW THEREFORE, the parties hereby stipulate that the default of Milestone Financial LLC be set aside, and request that the Court grant such request.

---

STIPULATION TO SET ASIDE DEFAULT – 16-0284 RS

-1-

1  Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride
2  Attorney for Plaintiff Jose Daniel Castillo-Antonio          12/22/2016
3
4  Wendel Rosen Black & Dean – By: David Goldman /s/ David Goldman
5  Attorney for defendant Milestone Financial LLC
6                                                              12/22/2016

STIPULATION TO SET ASIDE DEFAULT  – 16-0284 RS

-2-

ORDER TO SET ASIDE DEFAULT

Having considered the parties' Stipulation to Set Aside Default, and for good cause appearing, it is hereby ORDERED:

1. That the default entered against defendant Milestone Financial LLC is set aside, and that Milestone Financial LLC shall have thirty days in which to file an answer.

Date: __12/27/16_____        _____
                                  Richard Seeborg
                                  United States District Judge