1
2
3
4
5

RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6
7
8
9
10
11
12
13
14

_____
Jose Daniel Castillo-Antonio,

    Plaintiff,

Vs.

Martin P. Tuttle, et al.,

    Defendants.
_____

)
)
)
)
)
)
)
)
)
)
)
)

Case Number C-16-0284 RS

STIPULATION OF DISMISSAL WITH
PREJUDICE AND (~~Propose~~d) ORDER

15
16
17

Plaintiff Jose Daniel Castillo-Antonio, and defendants Tracy L. Tuttle and Lena C. Tuttle, by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; Tracy L. Tuttle and Lena C. Tuttle are pro per), hereby stipulate as follows:

18
19
20
21

 1. Plaintiff entered into a Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to Tracy L. Tuttle and Lena C. Tuttle, all parties to bear their own respective attorney fees and costs.

22
23

 2. Accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to the two signatory defendant parties listed below.

24
25
26
27
28

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio       2/9/2017

Lena C. Tuttle, in pro per –   By: Lena C. Tuttle /s/ Lena C. Tuttle   2/9/2017

Tracy L. Tuttle, in pro per –   By: Tracy L. Tuttle /s/ Tracy L. Tuttle   2/9/2017

1

2

3                    [PROPOSED] ORDER

4

5   Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good

6   cause appearing, it is hereby ORDERED:

7        1.   That the action entitled Jose Daniel Castillo-Antonio v. Martin P. Tuttle, Lena C. Tuttle,

8             Tracy L. Tuttle, et al., Case No. C-16-0284 RS, is dismissed with prejudice with respect to

9             defendants Lena C. Tuttle and Tracy L. Tuttle, with each party to bear his or her own

10            attorney's fees and costs.

11

12  Date:  2/14/17

13                                                    Richard Seeborg

14                                                    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL – 16-0284 RS